**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:23-CR-032-MMD-CLB |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| MARIA VALENZUELA, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1), 853(a)(2), and 853(p); and 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Maria Valenzuela to the criminal offense, forfeiting the property set forth in the Government's Memorandum in Support of Plea, the Order Granting Stipulation to Forfeit Property as to Maria Valenzuela (Stipulation), and Forfeiture Allegation Two of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Maria Valenzuela pled guilty. Criminal Indictment, ECF No. 1; Government's Memorandum in Support of Plea, ECF No. 72; Change of Plea, ECF No. 77; Stipulation, ECF No. 78; Preliminary Order of Forfeiture, ECF No. 79.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from September 22, 2024, through October 21, 2024, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. ECF No. 100-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 107

On September 26, 2024, the United States Attorney's Office served Bobby Jo Kissel at zip code 89433 with copies of the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mailing, ECF No. 107-1, p. 3, 5-10, 12-13.

On September 26, 2024, the United States Attorney's Office served and attempted to serve Bobby Jo Kissel at zip code 89502 with copies of the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. The regular mail was not returned. The certified mail was returned as no mail receptacle and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 107-1, p. 3, 5-10, 14-16.

On September 26, 2024, the United States Attorney's Office served Janice Anne Hubbard, Law Office of Janice Hubbard, LLC, attorney for Bobby Jo Kissel, at zip code 89503 with copies of the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mailing, ECF No. 107-1, p. 3, 5-10, 17-18.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. §

981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1), 853(a)(2), and 853(p); 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law and the Stipulation:

    1. $18,400 in United States Currency (all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Maria Valenzuela, Bobby Jo Kissel, and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law and the Stipulation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this <u>25th</u> day of February 2025.

                                                  MIRANDA M. DU
                                                  UNITED STATES DISTRICT JUDGE